[No. 12063–1–II.  Division Two.  July 24, 1989.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN E.
OLSON, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 87–1–00471–3, Alan R. Hallowell, J., entered May 19, 1988. *Affirmed* by unpublished opinion per

Petrie, J. Pro Tem., concurred in by Alexander, C.J., and Reed, J.